**Entered on Docket**
**January 21, 2010**

_____
**Hon. Gregg W. Zive**
**United States Bankruptcy Judge**

1  PITE DUNCAN, LLP
   STEVEN W. PITE (NV Bar #008226)
2  EDDIE R. JIMENEZ (NV Bar #10376)
   JACQUE A. GRUBER (NV Bar #11385)
3  4375 Jutland Drive, Suite 200
   P.O. Box 17933
4  San Diego, CA 92177-0933
   Telephone: (858) 750-7600
5  Facsimile: (619) 590-1385
   E-mail: ecfnvb@piteduncan.com
6
7  ABRAMS & TANKO, LLLP
   MICHELLE L. ABRAMS (NV Bar #005565)
8  3085 S. Jones Blvd., Suite C
   Las Vegas, NV 89146
9
10  Attorneys for  Secured Creditor WELLS FARGO BANK, N.A., SUCCESSOR BY MERGER
                  TO WELLS FARGO BANK SOUTHWEST, N.A. FORMERLY KNOWN AS
11                WACHOVIA MORTGAGE, FSB

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| In re | Bankruptcy Case No. BK-N-09-53551-gwz |
|---|---|
| PHILLIP WAYNE MCCANN AND JESSICA MEAGAN MCCANN, | Chapter 7 |
| Debtor(s). | WELLS FARGO BANK, N.A., SUCCESSOR BY MERGER TO WELLS FARGO BANK SOUTHWEST, N.A. FORMERLY KNOWN AS WACHOVIA MORTGAGE, FSB'S ORDER TERMINATING AUTOMATIC STAY |
|  | Date:    December 8, 2009 |
|  | Time:    10:00 a.m. |

/././

/././

1    A hearing on Secured Creditor Wells Fargo Bank, N.A., successor by merger to
2  Wells Fargo Bank Southwest, N.A. formerly known as Wachovia Mortgage, FSB's Motion for
3  Relief From the Automatic Stay came on regularly for hearing in the United States Bankruptcy
4  Court before the Honorable Gregg W. Zive.
5    The court having duly considered the papers and pleadings on file herein and
6  being fully advised thereon and finding cause therefor:
7    IT IS HEREBY ORDERED, ADJUDGED AND DECREED:
8    Relief from the automatic stay of 11 United States Code section 362 is hereby
9  granted as it applies to the real property commonly known as 509 South St, Yerington, Nevada
10  89447-2477, which is legally described as:

11
12           SEE   LEGAL   DESCRIPTION   ATTACHED
             HERETO AS EXHIBIT A AND MADE A PART
13           HEREOF.

14  APPROVED/DISAPPROVED
15
     _____
16  W. DONALD GIESEKE
     TRUSTEE
17
18  /././
19  /././
20  /././
21  /././
22  /././
23  /././
24  /././
25  /././
26  /././
27  /././
28  /././

# EXHIBIT "A"

## LEGAL DESCRIPTION

███████████

ALL THAT CERTAIN REAL PROPERTY SITUATED IN THE COUNTY OF **LYON** STATE OF **NEVADA**, DESCRIBED AS FOLLOWS

All that certain real property situate in Section 22, Township 13 North, Range 25 East, M.D.B.&M., described as follows:

Parcel 4-B as shown on that certain Parcel Map for Bonanza Company, recorded in the Official Records of Lyon County, Nevada on November 27, 1995 as Document No. 187768.

<u>ALTERNATIVE METHOD re: RULE 9021</u>:

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

☐ The court has waived the requirement of approval under LR 9021.

☐ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objections.

☒ This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

☐ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

☐ Approved.

☐ Disapproved.

☒ Failed to respond. - Trustee

###

Submitted by:

<u>/s/ JACQUE A. GRUBER</u>
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
(858) 750-7600
NV Bar #11385
Attorney for WELLS FARGO BANK, N.A., SUCCESSOR BY MERGER TO WELLS FARGO BANK SOUTHWEST, N.A. FORMERLY KNOWN AS WACHOVIA MORTGAGE, FSB